904

No. 81–1843. ILLINOIS v. ANDREAS. App. Ct. Ill., 1st Dist. Certiorari granted.

No. 81–2169. HARING, LIEUTENANT, ARLINGTON COUNTY POLICE DEPARTMENT, ET AL. v. PROSISE. C. A. 4th Cir. Certiorari granted.

No. 82–52. ARIZONA GOVERNING COMMITTEE FOR TAX DEFERRED ANNUITY AND DEFERRED COMPENSATION PLANS ET AL. v. NORRIS. C. A. 9th Cir. Certiorari granted.

No. 82–256. MICHIGAN v. LONG. Sup. Ct. Mich. Certiorari granted.

No. 81–2245. NEVADA v. UNITED STATES ET AL.;

No. 81–2276. TRUCKEE-CARSON IRRIGATION DISTRICT v. UNITED STATES ET AL.; and

No. 82–38. PYRAMID LAKE PAIUTE TRIBE OF INDIANS v. TRUCKEE-CARSON IRRIGATION DISTRICT ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 649 F. 2d 1286 and 666 F. 2d 351.

No. 81–1985. EDWARD J. DEBARTOLO CORP. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Motion of American Retail Federation for leave to file a brief as *amicus curiae* granted. Certiorari granted.